IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1434 C<br>(Judge Horn) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of REGINALD T. BLADES, JR. as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Reginald T. Blades, Jr.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530

s/Reginald T. Blades, Jr.
REGINALD T. BLADES., JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 514-7300
Fax: (202) 307-0972

September 29, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 2004, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.