IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1434 C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO SUSPEND PROCEEDINGS

Pursuant to Rule 7 of the rules of this Court, the parties, jointly, respectfully request the Court to suspend proceedings in this case for 90 days, to and including February 7, 2005, to allow the parties to discuss possibilities of resolving this case without further litigation. Proceedings to be suspended include the filing of defendant's response to the complaint, currently due November 9, 2004.

Counsel for the parties have discussed between themselves and with their respective clients how they may resolve this matter in an efficient and cost-effective manner, conserving the resources of the parties and the Court that would be expended in further litigation. Further, counsel have arranged for a sharing of information that they believe will help facilitate the discussions. Counsel and the parties believe that continuing these discussions without the additional burdens, distractions, and expenses of simultaneously continuing the litigation proceedings is in the best interests of the parties and enhances the potential for success in their effort.

Counsel have requested that they be allowed 90 days within

which to pursue their discussions in recognition that the current open season for the Federal Employees Health Benefit Plan and the upcoming end of the year holidays and associated year-end leave schedules will interfere with the participation of many of the individuals whose involvement will be important to the progress and success of the effort. Nevertheless, if the parties are able to resolve the matter sooner, the parties will notify the Court immediately. The parties recognize that if either party believes that the discussions are not progressing or appear unlikely to be successful, that party may request the Court to dissolve the suspension and to resume the litigation proceedings. The parties propose that on or before February 7, 2005, the parties will submit to the Court a status report that will indicate the parties' progress in their efforts at resolution and will either request additional time to continue their efforts at resolution or request a resumption of litigation and propose a schedule for further proceedings.

The parties, therefore, respectfully request the Court to suspend these proceedings for 90 days, to and including February 7, 2005, to grant them 90 days within which they may work to resolve this matter without further litigation.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Jeffrey W. King
JEFFREY W. KING
King, Pagano & Harrison
1730 Pennsylvania Avenue
Suite 900
Washington, D.C. 20006
Telephone: (202) 371-6800
Facsimile: (202) 371-6770

Attorneys for Plaintiff

Dated: November 4, 2004

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972

Attorneys for Defendant

Dated: November 4, 2004

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of November 2004, a copy of the foregoing "JOINT MOTION TO SUSPEND PROCEEDINGS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.