# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1434 C**
**Filed: November 22, 2004**

## O R D E R

The court is in receipt of the parties' November 8, 2004, joint motion to suspend proceedings in the above captioned case. The parties request a suspension of the proceedings for 90 days to allow them to discuss the possibility of resolving the case without further litigation. The court **DENIES** the request for a suspension of the proceedings for 90 days; however, the court **GRANTS** the defendant an extension of 90 days in which to file an answer to the complaint. Therefore, the court **ORDERS** the defendant to file its answer on or before **Thursday, February 10, 2005.** The court also **ORDERS** the parties to submit a joint status report on or before **Friday, February 18, 2005**, indicating the parties' progress in their efforts in resolving all or a portion of this case without litigation.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**