**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCKY MOUNTAIN HMO,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 04-1434 C**<br>**Judge Marian Blank Horn**<br>**Filed:** |
| **THE UNITED STATES OF AMERICA** | |
| **Defendant.** | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated November 22, 2004, the parties respectfully submit this Joint Status Report.

This litigation involves substantial issues regarding actuarial analysis, accounting data and interpretation of the statutes and regulations governing the Federal Employees Health Benefits Program. To promote settlement, Rocky Mountain HMO has provided the Defendant with documents regarding the claims raised in the litigation. In addition, the parties have met twice to discuss the issues and are making progress towards narrowing the issues that may need to be litigated. By attempting to narrow the issues, the parties believe they are increasing the likelihood of settlement. At a minimum, the parties believe that these meetings will help to reduce the number of disputed issues in the litigation.

The parties continue to exchange information and discuss the issues. To this end, the parties jointly request that the Court extend all deadlines in this matter for ninety days, until May 19, 2005, at which time the parties will file a Joint Status Report. This request is not made to cause delay, but to allow the parties to narrow the issues and explore settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ JEFFREY W. KING
KING, PAGANO & HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: February 18, 2005

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Civil Division of the Department of Justice
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: February 18, 2005