# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: February 18, 2005**

**O R D E R**

The court is in receipt of the parties' joint status report filed February 18, 2005 in which the parties request an extension of all deadlines for ninety days, in order to narrow the issues and explore settlement in the above-captioned case. The court commends the parties efforts at resolving all or a portion of this case without litigation and **GRANTS** the extension.

The court **ORDERS** the parties to file the next joint status report on or before **Thursday, May 19, 2005**. In the event that this case is not settled and dismissed as a result of the efforts of counsel and the parties, the court **ORDERS** the parties to appear at a status conference on **Wednesday, June 1, 2005 at 2:30 p.m. EST** at the National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800 and defendant's counsel at (202) 514-7300. The parties should be prepared to discuss all matters relevant to the lawsuit and to propose a schedule for resolving the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**