IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1434 C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to Court's order, the parties respectfully submit this status report.

Recently, this case was reassigned within the Department of Justice to the undersigned counsel for the Government. Shortly after receiving the case, defendant's newly-assigned counsel studied the file, conferred with the agency and agreed to meet with plaintiffs' counsel. On April 28, 2005, the parties counsel met at length, in order to attempt to reach an understanding of how to settle or narrow the issues in this very complex case.

The parties discussed ADR options, but agreed that, because of the technical complexity of the issues, including detailed actuarial analyses, that possible resolution could be achieved through a well-planned meeting of their respective experts. Thus, they agreed to meet with their respective experts, exchange agenda proposals, and a list of participants, and meet again during the week of June 6.

In anticipation of that meeting and to make it more productive, defendant's new counsel has scheduled a meeting with the agency experts for May 24, 2005. A meeting could not be scheduled sooner as defendant's counsel was preparing for trial, and flew to California for that trial on May 4, returning on May 16.

In addition, the parties have agreed to a voluntary exchange of documents to facilitate the resolution of this case. Defendant will provide plaintiff with copies of defendant's audit work papers, correspondence, and non-privileged documents related to the audit of Rocky Mountain HMO at issue in this case. Plaintiff already has provided defendant with copies of its work papers and documentation, but will provide any supplemental or additional non-privileged documents concerning the audit at issue to defendant.

Finally, Defendant's newly assigned counsel, Mr. Gillingham, has been recalled to active military service, and will be deployed to Germany for approximately 90 days this summer, during which time an additional Government counsel will be assigned to serve as attorney of record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Jeffrey W. King
JEFFREY W. KING
King, Pagano & Harrison
1730 Pennsylvania Avenue
Suite 900
Washington, D.C. 20006
Telephone: (202) 371-6800
Facsimile: (202) 371-6770

Attorneys for Plaintiff

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

Attorneys for Defendant

Dated: May 19, 2005

Dated: May 19, 2005