IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1434 C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to Court's order, the parties respectfully submit this status report.

As explained at the last status conference, the parties intended to hold a well-planned meeting of their respective experts for the purpose of narrowing the issues and advancing the prospects of settlement. They did so on June 23, 2005. The parties were able to narrow some issues, identify other issues that might be resolved through the production of further documentation, and agree to investigate further points based upon newly-appreciated arguments. The parties agreed to meet again on June 28, 2005. In anticipation of that meeting, the parties have developed a narrowed agenda and "to do" list.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Jeffrey W. King
JEFFREY W. KING
King, Pagano & Harrison
1730 Pennsylvania Avenue
Suite 900
Washington, D.C. 20006
Telephone: (202) 371-6800
Facsimile: (202) 371-6770

Attorneys for Plaintiff

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, a copy of the foregoing “JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham