# In the United States Court of Federal Claims

| | |
|---|---|
| ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 04-1434C<br>Filed: July 5, 2005 |

## O R D E R

The court is in receipt of the parties' June 27, 2005, joint status report, in which the parties indicate a further narrowing of the issues and a continuation of their settlement efforts. The court **SCHEDULES** a status conference on **Thursday, July 14, 2005 at 10:30 a.m. EDT** (4:30 p.m., German time), at the National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800; defendant's counsel, in Germany, at 011-49-622-157-6569; and agency counsel at (202) 606-2291. The parties are commended for their settlement efforts to date, and should be prepared to propose a schedule for resolving the case at the July 14, 2005 status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**