# In the United States Court of Federal Claims

| | |
|---|---|
| **ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 04-1434C**<br>**Filed: July 8, 2005** |

**O R D E R**

The court previously scheduled a status conference in the above captioned case for Thursday, July 14, 2005, at 10:30 a.m. EDT. The court, hereby, **RESCHEDULES** the status conference for **Wednesday, July 13, 2005 at 10:30 a.m. EDT** (4:30 p.m., German time), at the National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800; defendant's counsel, in Germany, at 011-49-622-157-8152; and agency counsel at (202) 606-2291. The parties should be prepared to propose a schedule for resolving the case at the status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**