# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: July 19, 2005**

## O R D E R

The court held a status conference in the above captioned case on July 13, 2005, with the parties appearing by telephone. The parties are to be commended for their professional working relationship and their serious exploration of settlement possibilities. As discussed at the conference, the parties shall file a joint status report on or before **Friday, September 2, 2005**. A courtesy copy of the filing shall be provided to chambers via facsimile no. (202) 357-6586. The court **SCHEDULES** a status conference for **Wednesday, September 7, 2005 at 10:30 a.m. EDT** (4:30 p.m., German time), at the National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800; defendant's counsel, in Germany, at 011-49-622-157-8152; and agency counsel at (202) 606-2291. The parties should be prepared to propose a schedule for resolving the case at the status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**