# In the United States Court of Federal Claims

| | |
|---|---|
| **ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 04-1434C**<br>**Filed: August 23, 2005** |

## O R D E R

The court previously scheduled a status conference for Wednesday, September 7, 2005, at 10:30 a.m. EDT. Due to a conflict, the status conference is **RESCHEDULED** for **Wednesday, September 14, 2005, at 10:30 a.m. EDT** (4:30 p.m., Germany time), at the National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800; defendant's counsel, in Germany, at 011-49-622-157-8152; and agency counsel at (202) 606-2291. The parties shall be prepared to propose a schedule for resolving the case at the status conference. A joint status report shall be filed, as previously scheduled, on or before **Friday, September 2, 2005**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**