**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCKY MOUNTAIN HMO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant.** | **Case No. 04-1434 C**<br>**Judge Marian Blank Horn**<br>**Filed:** |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, the parties respectfully submit this Joint Status Report.

The parties have identified various issues that need to be resolved in order to approach settlement. Each of the parties undertook to provide additional information in an effort to resolve those issues. Rocky Mountain HMO provided the Defendant with the requested information on August 1, 2005. Defendant requested additional information, that Rocky Mountain HMO provided on August 11, 2005. Defendant is in the process of analyzing and assessing that information.

Defendant has provided some of the information requested on September 2, 2005. Having just received the information, Rocky Mountain HMO has begun to assess the information. It has also requested some additional backup calculations so it can assess the reasonableness of the information provided.

The difficulties in obtaining and reviewing the data and actuarial analyses has been exacerbated by the fact that in July and August, the Office of Personnel Management's actuaries are responsible for in reviewing and negotiating the rates for all carriers under the Federal

Employees Health Benefits Program ("FEHBP") for contract year 2006. The reviews and negotiations must be completed by the end of August in order to meet the deadlines that are required to allow federal employees to be presented with the appropriate FEHBP rates so they can make their selection of a health plan during the Open Season in November and December of 2005.

This process having now been completed, and, combined with the return of the Department of Justice counsel, should facilitate further discussions and review of the data and actuarial analyses. The parties anticipate meeting on September 13, 2005 to further discuss the issues and the possible parameters of settlement.

As a result, the parties jointly request the Court to allow them until October 14, 2005 to continue this process of exchanging information and negotiating a resolution to this matter. The parties believe, that by that date, they will have a complete understanding of whether any additional time will be needed to complete the process, whether through settlement or litigation.

Accordingly, the parties respectfully request the Court to allow them to continue to proceed with the voluntary exchange of information and to submit a Joint Status Report on October 14, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jeffrey King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: September 2, 2005

/s/ Stephen J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: September 2, 2005