# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: September 14, 2005**

## O R D E R

The court held a status conference in the above-captioned case on September 14, 2005. The parties are commended for their settlement efforts to date. As discussed with the parties, the court **SCHEDULES** the next status conference for **Tuesday, October 18, 2005, at 10:30 a.m. EDT**, at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800, defendant's counsel at (202) 616-2311 and agency counsel at (202) 606-2291. The parties shall be prepared to propose a schedule for resolving the case at the status conference. Also as discussed, the parties shall file a joint status report electronically, on or before **Friday, October 14, 2005**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**