**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCKY MOUNTAIN HMO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant.** | **Case No. 04-1434 C**<br>**Judge Marian Blank Horn**<br>**Filed:** |

## JOINT STATUS REPORT

Pursuant to the Court's Order, the parties respectfully submit this Joint Status Report.

Prior to the last status conference with the Court, the parties identified various issues that needed to be resolved, as well as documentation that needed to be provided by the Government, in order for the parties to engage in meaningful settlement negotiations. The Court allowed the parties until October 14, 2005, to continue to exchange information and to negotiate a resolution to this matter. Unfortunately, the documentation has not been provided. In as much as the issues identified previously have not been resolved, the parties have been unable to engage in meaningful settlement negotiations.

Accordingly, the parties respectfully request that the Court enter an Order scheduling the filing of a Joint Preliminary Status Report pursuant to RCFC 16(b) and allow the parties to proceed with discovery in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jeffrey King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: October 14, 2005

/s/ Stephen J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: October 14, 2005