# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,** | * | |
| **Plaintiff,** | * | **No. 04-1434C** |
| **v.** | * | **Filed: October 18, 2005** |
| **UNITED STATES,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

The court held a status conference in the above-captioned case on October 18, 2005, with the parties appearing by telephone. As discussed at the conference, on or before **Tuesday, November 15, 2005**, the parties shall file a joint status report, reflecting their settlement progress. Furthermore, the court **SCHEDULES** the next status conference for **Wednesday, November 16, 2005, at 10:30 a.m. EST**, at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800, defendant's counsel at (202) 616-2311 and agency counsel at (202) 606-2291. The parties shall be prepared to propose a schedule for resolving the case at the status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**