**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCKY MOUNTAIN HMO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant.** | **Case No. 04-1434 C**<br>**Judge Marian Blank Horn**<br>**Filed:** |

**JOINT STATUS REPORT**

Pursuant to the Court's October 18, 2005 Order, the parties respectfully submit this Joint Status Report. Since the last status conference with the Court the parties have continued to exchange documents in an attempt to get closer to meaningful settlement negotiations. In addition, on November 8, 2005, the parties held a comprehensive meeting where they discussed the open issues and their respective positions. In attendance at the meeting were plaintiff's counsel and plaintiff's actuary, counsel from the Department of Justice as well as from the Office of Personnel Management, and two Government actuaries. The parties agree that they made progress at the meeting and that they will provide additional documentation and explanation on the remaining open issues. To that end, the parties agreed to provide the additional documentation and to meet again on November 18, 2005.

The parties believe that they are making progress toward a resolution of this matter and that, following the meeting on November 18, 2005, they will have a clearer perspective as to whether they will be able to reach a settlement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jeffrey King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: November 14, 2005

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: November 14, 2005