# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,** | |
| **Plaintiff,** | **No. 04-1434C** |
| **v.** | **Filed: November 24, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the parties' November 14, 2005 joint status report, which reflects energetic settlement efforts on the part of both parties, to include an upcoming meeting of the parties on November 18, 2005. In order for the parties to be better prepared for a status conference, the court **RESCHEDULES** the November 16, 2005 conference for **Wednesday, November 30, 2005, at 10:30 a.m. EST**, at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (202) 371-6800, defendant's counsel at (202) 616-2311 and agency counsel at (202) 606-2291. The parties shall be prepared to propose a schedule for resolving the case at the status conference.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**