# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: November 30, 2005**

## O R D E R

The court conducted a status conference in the above captioned case, with the parties appearing by telephone. The court continues to be impressed by and to commend the parties for their civility, professionalism, cooperation and settlement efforts. On or before **Tuesday, December 13, 2005**, the parties shall file a joint status report reflecting their further progress in resolving their mutual claims. The joint status report shall not include settlement numbers, but shall include a detailed schedule and timeline of the settlement process, with settlement milestones.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**