**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROCKY MOUNTAIN HMO,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 04-1434 C** |
| | ) | **Judge Marian Blank Horn** |
| **THE UNITED STATES OF AMERICA** | ) | **Filed: December 13, 2005** |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 30, 2005 Order, the parties respectfully submit this Joint Status Report.

Since the November 30, 2005 Status Conference, Defendant has requested various clarifications on issues and Rocky Mountain HMO has provided the requested information. Due to unexpected scheduling problems at the Office of Personnel Management, however, the parties have not yet had an opportunity to discuss settlement. Defendant anticipates being able to engage in the act of settlement discussions by December 29, 2005.

The parties respectfully request that they have thirty (30) additional days, until January 13, 2006 to continue to pursue settlement discussions. The parties request that the Court, at that time, allow the filing of a Joint Status Report updating the Court as to the status of the negotiations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jeffrey King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: December 13, 2005

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: December 13, 2005