# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: December 13, 2005**

## O R D E R

The court is in receipt of the parties' December 13, 2005 joint status report, which proposes that the court afford the parties additional time for their settlement discussions. The court encourages the parties to continue their settlement efforts. On or before **Wednesday, January 18, 2006**, the parties shall file a joint status report reflecting the progress in resolving their mutual claims. The joint status report shall not include settlement numbers, but shall include a detailed schedule and time line of the settlement process, with settlement milestones.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**