**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCKY MOUNTAIN HMO,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Defendant.** | **Case No. 04-1434 C**<br>**Judge Marian Blank Horn**<br>**Filed: January 18, 2006** |

**JOINT STATUS REPORT**

Pursuant to the Court's December 13, 2005 Order, the parties respectfully submit this Joint Status Report.

The parties have reached a settlement in principal. The parties are preparing the necessary documents to seek final approval from the Department of Justice. The parties respectfully request sixty (60) days to complete the settlement process and to file the appropriate papers in this Court, or, alternatively, to file a Joint Status Report updating the Court as to the status of the settlement process.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jeffrey King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: January 18, 2006

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: January 18, 2006