# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: January 19, 2006**

## O R D E R

The court is in receipt of the parties' January 18, 2006 joint status report. The parties are to be commended for their settlement efforts to date. On or before **Tuesday, February 21, 2006**, the parties shall file a joint status report reflecting their settlement progress. Unless this case is sooner settled and a stipulation of dismissal is received, on or before **Monday, March 20, 2006**, the parties shall file another joint status report reflecting settlement progress. The status reports shall not include settlement numbers, but shall include a detailed schedule and time line of the settlement process, with settlement milestones.

Also unless this case is sooner settled and a stipulation of dismissal received, the court **SCHEDULES** a status conference for **Thursday, March 23, 2006, at 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 616-2311, and plaintiff's counsel will be reached at (202) 371-6800. The parties shall be prepared to address the settlement schedule and time line, with settlement milestones.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**