**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCKY MOUNTAIN HMO,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 04-1434 C**<br>**Judge Marian Blank Horn**<br>**Filed: February 21, 2006** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

Pursuant to the Court's January 19, 2006 Order, the parties respectfully submit this Joint Status Report.

The parties' negotiators agreed to a proposed settlement on January 17, 2006. Plaintiff's counsel subsequently forwarded a formal offer in writing to defendant's counsel. The affected agency, Office of Personnel Management ("OPM") also has forwarded its views. To expedite the final resolution, the parties have exchanged drafts of written settlement agreements.

Defendant's counsel states that he was in the midst of drafting the required detailed settlement memorandum for submission of plaintiff's offer to the Authorized Representative of the Attorney General, when he took ill on two occasions. At the same time, because of time devoted to this case, he was required to turn virtually all of his attention to other matters pending in this Court -- several of which required extensive enlargements. As a consequence, since completing the negotiations in this case, defendant's counsel has prepared and filed: four extensive briefs with various associated filings (proposed findings, responses to proposed findings, responses to RCFC 56(f) motions); six detailed enlargement motions; prepared and negotiated two status reports; and participated in two case conferences with the court.

Defendant's counsel is in the midst of handling a schedule that includes twelve briefs due within the next four weeks. He expects to complete the settlement memorandum in this case within the next two weeks.

If the Department of Justice hierarchy gives this settlement its final approval, then the parties will execute the settlement agreement. Upon payment of the settlement amount, the parties will submit to the Court a Joint Stipulation dismissing all claims, counterclaims and defenses with prejudice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jeffrey King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: February 21, 2006

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management

Counsel for Defendant

Date: February 21, 2006