# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: March 15, 2006**

## O R D E R

The court previously scheduled a status conference in the above-captioned case for March 23, 2006. Unless this case is sooner settled and a stipulation of dismissal received, the status conference is **RESCHEDULED** for **Wednesday, March 22, 2006, at 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (703) 819-0271, and plaintiff's counsel will be reached at (202) 371-6800. The parties shall be prepared to address settlement status.

As previously ordered, on or before **Monday, March 20, 2006**, the parties shall file a joint status report, electronically, reflecting their settlement progress. The status report shall not include settlement numbers, but shall include a detailed schedule and time line for the settlement process, with settlement milestones.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**