**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **ROCKY MOUNTAIN HMO,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 04-1434 C**<br>**Judge Marian Blank Horn**<br>**Filed: March 20, 2006** |
| **THE UNITED STATES OF AMERICA** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

Pursuant to the Court's January 19, 2006 Order, the parties respectfully submit this Joint Status Report.

The parties have signed a Settlement Agreement resolving all claims, counter-claims and defenses in this matter. Pursuant to the terms of the Settlement Agreement, the parties will submit to the Court a Joint Stipulation dismissing all claims, counter-claims and defenses with prejudice upon payment of the settlement amount.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Jeffrey King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: March 20, 2006

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: March 20, 2006