# In the United States Court of Federal Claims

| | |
|---|---|
| **ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 04-1434C**<br>**Filed: March 22, 2006** |

## O R D E R

The court held a conference in the above-captioned case on March 22, 2006, with the parties appearing by telephone. The parties are to be commended for their successful settlement of this case. Unless a stipulation of dismissal is received by the court, the parties shall file a joint status report, electronically, on or before **Wednesday, April 5, 2006**. The joint status report shall include a detailed schedule and time line for the conclusion of this case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**