IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1434C (Judge Horn) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to Court's order, the parties submit this status report.

Pursuant to the parties' settlement agreement, the Office of Personnel Management expects to make an electronic payment to plaintiff on Friday, April 7, 2006. As soon as its receipt is confirmed, the parties will file a joint stipulation of dismissal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Jeffrey W. King
JEFFREY W. KING
King, Pagano & Harrison
1730 Pennsylvania Avenue
Suite 900
Washington, D.C. 20006
Telephone: (202) 371-6800
Facsimile: (202) 371-6770

Attorneys for Plaintiff

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2006, a copy of the foregoing “JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham