**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROCKY MOUNTAIN HMO,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 04-1434 C** |
| | ) | **(Judge Horn)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

Pursuant to RCFC 41(a)(1)(ii), the parties stipulate to the dismissal with prejudice of this action, including all claims, counter-claims, and defenses, with each party to bear its own costs, attorney fees, and expenses, except as otherwise provided in their settlement agreement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

<u>s/ David M. Cohen</u>
DAVID M. COHEN
Director

s/ Jeffrey W. King
JEFFREY W. KING
KING PAGANO HARRISON
1730 Pennsylvania Ave, N.W., Suite 900
Washington, DC 20006
(202) 371-6800
(202) 371-6770 (fax)

David Scanga
Hoskins, Farina, Aldrich & Kampf
P.O. Box 40
Grand Junction, CO 81502
(970) 242-4903
(970) 241-3760 (fax)

Counsel for Plaintiff

Date: April 14, 2006

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-2311
Facsimile: (202) 307-0972

OF COUNSEL:

Debra Petcove
Office of General Counsel
Office of Personnel Management
Washington, DC

Counsel for Defendant

Date: April 14, 2006

CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven J. Gillingham