# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 04-1434C**
**Filed: April 17, 2006**

## O R D E R

The court is in receipt of the parties' April 14, 2006, joint stipulation of dismissal, with prejudice, in the above captioned case. Pursuant to the stipulation and Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, all claims, counter-claims and defenses in this case are, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs, attorney fees and expenses, except as otherwise provided in their settlement agreement. The clerk's office shall enter **JUDGMENT** consistent with this order.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**