# In the United States Court of Federal Claims

**No. 04-1434 C**

**ROCKY MOUNTAIN HEALTH MAINTENANCE ORGANIZATION, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 17, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that all claims, counter-claims and defenses are dismissed, with prejudice. Each party shall bear its own costs, attorney fees and expenses, except as otherwise provided in their settlement agreement.

Brian Bishop
Clerk of Court

**April 17, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.